ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: Francesco.Benavides@ssa.gov
Attorney for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PABLO MAGALLANES,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:12-cv-03844-PLA<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT AND FOR COSTS PURSUANT TO 28 U.S.C. §1920 |

Based upon the parties' Stipulation for the Award of Attorney's Fees Pursuant to the Equal Access to Justice Act, and for Costs Pursuant to 28 U.S.C. §1920, **IT IS ORDERED** that Plaintiff be awarded attorney fees in the amount of FOUR THOUSAND, THREE HUNDRED DOLLARS AND ZERO CENTS

-1-

1  ($4300.00), and costs in the amount of THREE HUNDRED FIFTY DOLLARS
2  AND ZERO CENTS ($350.00), as authorized by 28 U.S.C. §§ 1920, 2412, subject
3  to the terms of the stipulation.
4
5  DATED: April 22, 2013
6
   */s/ Paul L. Abrams*
   ─────────────────────────────
   HON. PAUL L. ABRAMS
7  UNITED STATES MAGISTRATE JUDGE